# EXHIBIT A

FILED

2020 JAN -7  AM 9: 24

WHATCOM COUNTY
WASHINGTON

1
2
3
4
5
6      **IN THE SUPERIOR COURT OF WASHINGTON FOR WHATCOM COUNTY**
7

8

9 ROCHELLE SYTSMA, an individual,

10

11          Plaintiff,

12      vs.

13

14 PHILLIPS 66 COMPANY, a foreign profit
corporation, and PHILLIPS 66 PARTNERS
15 HOLDINGS LLC, a foreign limited liability
company,

16

17          Defendants.

Case No: 20 2 0 0 0 3 8 37

**SUMMONS**

DEBORRA E. GARRETT

18
19
20
21
22
23
24
25

SUMMONS
Page 1 of 3

*SHEPHERD AND ALLEN*
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

COPY

1    **TO DEFENDANTS:**  A lawsuit has been started against you in the above-

2    entitled court by Plaintiff.  Plaintiff's claims are stated in the written Complaint, a

3    copy of which is served upon you with this Summons.

4        In order to defend against this lawsuit, you must respond to the

5    Complaint by stating your defense in writing, and serve a copy upon the

6    undersigned attorney for the Plaintiffs within 20 days after the service of this

7    Summons, excluding the day of service, or within 60 days if served outside the

8    state of Washington, or a default judgment may be entered against you without

9    notice.  A default judgment is one where the Plaintiff is entitled to what they ask

10   for because you have not responded.  If you serve a Notice of Appearance on

11   the undersigned attorney, you are entitled to notice before a default judgment

12   may be entered.

13       You may demand that the Plaintiff file this lawsuit with the court.  If you

14   do so, the demand must be in writing and must be served upon the Plaintiff.

15   Within 14 days after you serve the demand, the Plaintiff must file this lawsuit

16   with the court, or the service on you of this Summons and Complaint will be

17   void.

18       If you wish to seek the advice of an attorney in this matter, you should do

19   so promptly so that your written response, if any, may be served on time.  This

20   Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

21   state of Washington.

22   ///

23

24

25

SUMMONS
Page 2 of 3

*SHEPHERD AND ALLEN*
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

1    DATED this __6th__ day of January 2020.

2                              SHEPHERD and ALLEN

3

4                              Douglas R. Shepherd, WSBA #9514

5                              Kyle S. Mitchell, WSBA #47344

6                              Heather C. Shepherd, WSBA #51127
                               Of Attorneys for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUMMONS
Page 3 of 3

**SHEPHERD AND ALLEN**
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

FILED

2020 JAN -7 AM 9: 24

WHATCOM COUNTY
WASHINGTON

BY

SCANNED 7

20-2-00038-37
CMP        3
Complaint
7391064

# IN THE SUPERIOR COURT OF WASHINGTON FOR WHATCOM COUNTY

ROCHELLE SYTSMA, an individual,

              Plaintiff,

     vs.

PHILLIPS 66 COMPANY, a foreign profit corporation, and PHILLIPS 66 PARTNERS HOLDINGS LLC, a foreign limited liability company,

        Defendants.

**Case No:**  20 2 00038 37

**COMPLAINT FOR PERSONAL INJURY**

ORIGINAL

COMPLAINT FOR
PERSONAL INJURY
Page 1 of 7

*SHEPHERD AND ALLEN*
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

1   COMES NOW the above-named plaintiff, through counsel, and for causes
2   of action against the above-named defendants, alleges as follows:

### I – PARTIES

4   1.1   Plaintiff Rochelle Sytsma is a resident of Whatcom County,
5   Washington.

6   1.2   Defendant Phillips 66 Company is a foreign profit corporation with
7   its principal place of business believed to be the state of Texas, transacting
8   business in Whatcom County, Washington.

9   1.3   Defendant Phillips 66 Partners Holdings, LLC, is a foreign limited
10  liability company with its principal place of business believed to be the state of
11  Texas, transacting business in Whatcom County, Washington.

12  1.4   Defendants Phillips 66 Company and Phillips 66 Partners Holdings,
13  LLC, will collectively be referred to as "Phillips 66."

### II – VENUE/JURISDICTION

15  2.1   Venue and jurisdiction in this action lie within Whatcom County,
16  Washington, pursuant to RCW 4.12.020 and RCW 4.12.025.  The acid spill, which
17  is the subject of this litigation, occurred in Whatcom County, Washington.
18  Defendants Phillips 66 Company and Phillips 66 Partners Holdings, LLC, transact
19  business in Whatcom County, Washington.

### III – FACTS

21  3.1   On or about February 10, 2017, at approximately 5:15 p.m. plaintiff
22  Sytsma was driving South on Lake Terrell Rd. in Whatcom County, Washington.

23  3.2   On or about February 10, 2017, at some time prior to 5:15 p.m. a
24  hydrofluoric acid and/or other chemical spill occurred at 3901 Unick Rd.,
25

COMPLAINT FOR
PERSONAL INJURY
Page 2 of 7

**SHEPHERD AND ALLEN**
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

1  Ferndale, Whatcom County, Washington, commonly known as the Phillips 66
2  Ferndale Refinery.

3      3.3    While she was driving south on Lake Terrell Road, approaching,
4  adjacent to and past Phillips 66 Ferndale Refinery, plaintiff Sytsma noticed a
5  strange odor, and saw a cloud of vapor.

6      3.4    Plaintiff Sytsma, inter alia, experienced a burning sensation in her
7  lungs, and suffered chemical burns on her skin and hair.

8                          **IV – CAUSES OF ACTION**

9      4.1    Plaintiff realleges Paragraphs 1.1 through 3.4 of this Complaint for
10  Personal Injury.

11      **First Cause of Action – Negligence**

12      4.2    The Phillips 66 Ferndale Refinery processes crude oil to produce
13  fuel oil, gasoline and diesel.

14      4.3    Phillips 66 owed a duty to plaintiff Sytsma to conduct its activities
15  with reasonable care.

16      4.4    Phillips 66 breached its duty to plaintiff Sytsma by failing to
17  exercise ordinary care and due diligence in carrying out the activities and
18  allowing the circumstances that led to a February 10, 2017, hydrofluoric acid
19  and/or other chemical spill at the Phillips 66 Ferndale Refinery.

20      4.5    At all times mentioned herein, Phillips 66, through its negligence,
21  as herein alleged, ignored their responsibilities and unreasonably jeopardized the
22  health and well-being of plaintiff Sytsma.

23  ////

24

25

COMPLAINT FOR
PERSONAL INJURY
Page 3 of 7

**SHEPHERD AND ALLEN**
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

**Second Cause of Action – Strict Liability**

4.6     At all times material herein, Phillips 66 carried on abnormally dangerous activities of maintaining, storing, controlling, producing and/or otherwise using harmful chemicals, including but not limited to, hydrofluoric acid.

4.7     The injuries sustained by plaintiff Sytsma were the kind of harm the risk of which makes the abnormally dangerous activities dangerous.

4.8     Phillips 66 is strictly liable for the harm caused to plaintiff Sytsma.

4.9     Phillips 66 is alleged to have violated state and/or federal statutes, rules and/or regulations, including but not limited to: WAC 296-67-021(5), WAC 296-67-029(2)(b),WAC 296-67-037(4)(c), WAC 296-67-037(4)(d), WAC 296-803-50025, and WAC 296-803-30005, which owe a duty to the public, including plaintiff Sytsma.

## V – NEGLIGENCE OF OTHERS

5.1     Plaintiff realleges Paragraphs 1.1 through 4.9 of this Complaint for Personal Injury.

5.2     Plaintiff Sytsma is not aware of any other person or entity that has caused injuries and/or damage to plaintiff Sytsma or who have contributed to the negligence of Phillips 66 in this matter.

## VI – DAMAGES

6.1     Plaintiff realleges Paragraphs 1.1 through 5.2 of this Complaint for Personal Injury.

6.2     As a direct and proximate result of Phillips 66's negligence, misconduct and/or recklessness, plaintiff Sytsma has sustained substantial and permanent injuries, the exact extent of which are unknown, but which include injuries to the body, which are permanent and disabling.

COMPLAINT FOR
PERSONAL INJURY
Page 4 of 7

*SHEPHERD AND ALLEN*
A T T O R N E Y S   A T   L A W
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

1      6.3    As a further direct and proximate result of Phillips 66's negligence,
2  misconduct and/or recklessness, plaintiff Sytsma has incurred, and will in the
3  future continue to incur, reasonable and necessary medical expenses, loss of
4  earnings and earning capacity, lost market services, and other economic
5  damages.

6      6.4    As a further direct and proximate result of Phillips 66's negligence,
7  misconduct and/or recklessness, plaintiff Sytsma has suffered and will in the
8  future, continue to suffer pain, mental anguish and suffering, and loss of
9  enjoyment of life, all to plaintiff Sytsma's damage in an amount now unknown,
10  but which will be proven at the time of trial.

11                    **VII – PHYSICIAN-PATIENT PRIVILEGE**

12      7.1    Plaintiff hereby waives her physician-patient privilege **ONLY** to the
13  extent required by RCW 5.60.060.   However, the waiver is conditioned and
14  limited as follows:  (1) Plaintiff does not waive her constitutional right of privacy;
15  (2) Plaintiff does not authorize contact with any of Plaintiff's health care
16  providers except by judicial proceeding and as authorized by the Rules of Civil
17  Procedure; (3) Plaintiff does not authorize ex-parte contacts with any health care
18  providers of the Plaintiff; (4) Plaintiff does not waive any state or federal
19  constitutional or statutory rights to privacy regarding her medical records or
20  condition except as required by law to bring this case and except as expressly
21  provided for in writing; and (5) representatives of Defendants are specifically
22  instructed not to write letters to Plaintiff's health care providers advising them
23  that they may mail copies of records to Defendants or Defendants' counsel.

24  / / / /

25

COMPLAINT FOR
PERSONAL INJURY
Page 5 of 7

*SHEPHERD AND ALLEN*
A T T O R N E Y S   A T   L A W
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

1   **VIII – PRAYER FOR RELIEF**

2   WHEREFORE, plaintiff Sytsma prays for judgment against Phillips 66 as

3   follows:

4   A.   For damages in an amount to be proven at the time of trial;

5   B.   For prejudgment interest on all economic damages, including

6   reasonable medical expenses;

7   C.   For Plaintiff's costs, expenses and reasonable attorney fees incurred in

8   bringing this action; and

9   D.   For such other relief as the Court finds just and proper.

10  DATED this _6_ day of January 2020.

11

12                          SHEPHERD and ALLEN

13

14                          Douglas R. Shepherd, WSBA #9514
15                          Heather C. Shepherd, WSBA #51127
                            Kyle S. Mitchell, WSBA #47344
16                          Of Attorneys for Plaintiff

17

18  / / / /

19

20

21

22

23

24

25

COMPLAINT FOR
PERSONAL INJURY
Page 6 of 7

*SHEPHERD AND ALLEN*
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

1    STATE OF WASHINGTON  )

2                         ) ss.

3    COUNTY OF WHATCOM   )

4

5       Rochelle Sytsma, deposes and says:

6       I am the plaintiff herein. I have read the foregoing Complaint for Personal

7    Injury, know the contents thereof, and believe the same to be true.

8

9                                            Rochelle Sytsma

10

11       SIGNED AND SWORN to before me this _6th_ day of January 2020, by

12    Rochelle Sytsma.

13

14

15                                 NOTARY PUBLIC in and for the state

16                                 of Washington, residing at _____.

17                                 My notary commission expires _____.

18

19

20                           DOUGLAS R SHEPHERD

21                           STATE OF WASHINGTON
                              NOTARY PUBLIC

22                          MY COMMISSION EXPIRES
                                06/25/2020

23

24

25

COMPLAINT FOR
PERSONAL INJURY
Page 7 of 7

*SHEPHERD AND ALLEN*
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ◆ FAX: (360) 647-9060
www.saalawoffice.com