UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROCHELLE SYTSMA,<br><br>              Plaintiff,<br><br>    v.<br><br>PHILLIPS 66 COMPANY,<br><br>              Defendant. | CASE NO. 2:20-CV-181-RAJ-DWC<br><br>INITIAL PRETRIAL SCHEDULING ORDER |

This case has been referred to the undersigned United States Magistrate Judge. Dkt. 8. The Court has reviewed the parties' Joint Status Report, Dkt. 11, and issues the following pretrial schedule:

**PRETRIAL DATES**

| Event | Date |
|---|---|
| Deadline for Joinder of Additional Parties | 8/27/2020 |
| Deadline for Initial Disclosures | 9/1/2020 |
| Disclosure of Plaintiff's Expert Reports under FRCP 26(a)(2) | 12/4/2020 |
| Disclosure of Defendant's Expert Reports under FRCP 26(a)(2) | 1/4/2021 |

INITIAL PRETRIAL SCHEDULING ORDER - 1

| All motions related to discovery must be filed by | 1/7/2021 |
|---|---|
| Discovery completed by | 2/5/2021 |
| Dispositive motions deadline<br>Dispositive motions must be filed pursuant to LCR 7(d) | 3/5/2021 |

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

### TRIAL DATE

A trial date and subsequent pretrial deadlines will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by motion or settlement.

### DISCOVERY

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Kim Brye at (253) 882-3811 or via e-mail at: kim_brye @ wawd.uscourts.gov, as soon as possible.

### SETTLEMENT

If this case settles, plaintiff's counsel shall notify Kim Brye at (253) 882-3811 or by e-mail at: kim_brye@wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 31st day of August, 2020.

David W. Christel
United States Magistrate Judge