**Honorable Magistrate Judge David W. Christel**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROCHELLE SYTSMA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIPS 66 COMPANY,<br><br>Defendant. | Case No: 2:20-cv-00181-RAJ-DWC<br><br>**ORDER GRANTING MOTION TO AMEND PRETRIAL SCHEDULING ORDER** |

THIS MATTER, having come before the Court by stipulated motion of the parties; Plaintiff appearing through her attorney, Douglas R. Shepherd, and Defendants appearing through their attorney, John Ray Nelson; and the Court having reviewed the pleadings and papers filed in the above captioned matter, having decided the stipulated motion without oral argument, and being otherwise fully informed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The stipulated motion is hereby granted, and the pre-trial deadlines are extended as follows:

| Event | Date |
|---|---|
| Disclosure of Plaintiff's Expert Reports under FRCP 26(a)(2) | 3/4/2021 |
| Disclosure of Defendant's Expert Reports under FRCP 26(a)(2) | 4/5/2021 |

AGREED ORDER GRANTING
MOTION TO AMEND PRETRIAL
SCHEDULING ORDER
Page 1 of 2

*SHEPHERD AND ALLEN*
ATTORNEYS AT LAW
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com

| | |
|---|---|
| All motions related to discovery must be filed by | 4/7/2021 |
| Discovery completed by | 5/5/2021 |
| Dispositive motions deadline Dispositive motions must be filed pursuant to LCR 7(d) | 6/7/2021 |

Entered this 2nd day of December, 2020.

_____
David W. Christel
United States Magistrate Judge

Presented by:


*/s Douglas R. Shepherd*_____
Douglas Shepherd, WSBA #9514
Shepherd and Allen
2011 Young Street, Suite 200
Bellingham, WA 98225
Phone: (360) 733-3773
Fax:     (360) 647-9060
Email: doughshepherd@saalawoffice.com
          kyle@saalawoffice.com
Attorneys for Plaintiff

Presented by:

*/s John Ray Nelson*_____
John Ray Nelson, WSBA #16393
Asti Gallina, WSBA #53361
Foster Garvey, PC
618 West Riverside Ave. Ste 300
Spokane, WA  99201-5102
Phone: (509) 777-1600
Fax:     (509) 777-1616
Email: john.nelson@foster.com
          Asti.gallin@foster.com
     Attorneys for Defendant

AGREED ORDER GRANTING
MOTION TO AMEND PRETRIAL
SCHEDULING ORDER
Page 2 of 2

*SHEPHERD AND ALLEN*
A T T O R N E Y S   A T   L A W
2011 YOUNG STREET, SUITE 202
BELLINGHAM, WASHINGTON 98225
TELEPHONE: (360) 733-3773 ♦ FAX: (360) 647-9060
www.saalawoffice.com